```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF MISSOURI
                           EASTERN DIVISION


IN RE:                              )    CASE NO: 05-50640-399
                                    )
KEVIN ERIC RODRIGUEZ                )
                                    )    CHAPTER 13
                                    )
                                    )
              DEBTOR(S)             )


                   LIST OF UNCLAIMED FUNDS AND ENTITIES
                      WHICH ARE ENTITLED TO PAYMENT
```

COMES NOW JOHN V. LABARGE, JR., CHAPTER 13 TRUSTEE, AND PROVIDES LIST FOR FILING PURSUANT TO BANKRUPTCY RULE 3011. THE FOLLOWING IS A LIST OF ALL KNOWN NAMES AND ADDRESSES OF THE ENTITIES AND THE AMOUNTS WHICH THEY ARE ENTITLED TO BE PAID FROM REMAINING PROPERTY OF THE ESTATE THAT IS PAID HEREWITH INTO COURT PURSUANT TO 11 U.S.C. SECTION 347(A):

```
KEVIN ERIC RODRIGUEZ
1 OXFORD PLACE                       $          932.54

ST CHARLES MO
444444                  63301


                                     /s/ John V. LaBarge, Jr.
                                     -----------------------------------
DATE: June 30, 2010                  JOHN V. LABARGE, JR.,
                                     CHAPTER 13 TRUSTEE
                                     P.O. Box 430908
                                     St. Louis, MO 63143
XC -091                              (314) 781-8100   trust33@ch13stl.com
```